

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00264-CV

| | | |
|---|---|---|
| Cardell Davis a/k/a Cordell Davis | § | From the 17th District Court |
| | § | of Tarrant County (017-262592-12) |
| v. | § | April 9, 2015 |
| OneWest Bank N.A. f/k/a OneWest Bank FSB and Federal National Mortgage Association and Valarie Berry | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Cardell Davis a/k/a Cordell Davis shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
  Justice Bonnie Sudderth